**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Robert MEYST, Defendant–Appellant.**

No. 99–4887.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 10, 2001.

Decided Sept. 25, 2001.

G. Alan DuBois, Assistant Federal Public Defender, Raleigh, NC, for appellant. Robert J. Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before LUTTIG, WILLIAMS, and DIANA GRIBBON MOTZ, Circuit Judges.

PER CURIAM.

Robert A. Meyst pled guilty to one count of conspiracy to possess with intent to distribute cocaine and cocaine base in violation of 21 U.S.C. § 846 (1994) and one count of money laundering in violation of 19 U.S.C. § 1956(h) (1994). On appeal, Meyst argues that the rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), renders 21 U.S.C.A. § 841 (West 1999 & Supp. 2001) unconstitutional on its face. We reject this argument and affirm his convictions and sentence. *See United States v. Cernobyl,* 255 F.3d 1215, 1219–1220 (10th Cir.2001); *United States v. Martinez,* 253 F.3d 251, 256 n. 6 (6th Cir.2001); *United States v. Brough,* 243 F.3d 1078, 1079–80 (7th Cir.2001); *United States v. Slaughter,* 238 F.3d 580, 581 (5th Cir.2000), *cert. denied,* —— U.S. ——, 121 S.Ct. 2015, 149 L.Ed.2d 1015 (2001) (No. 00–9519). *See also United States v. Promise,* 255 F.3d 150, 156–57 (4th Cir.2001) (en banc). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*